## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| GREY FOX PLAZA, THOMAS KROUSE, DONNA KROUSE AND STEVEN KROUSE, | : : : : | No. 130 MAL 2017 Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : | |
| v. | : : : | |
| HERBERT, ROWLAND AND GRUBIC, INC., | : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.